

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15 PM 3: 18

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW J. JOSEPH, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3315** |
| **KEITH SMITH, WARDEN** | **SECTION "I"(2)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew J. Joseph, Jr., for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this __14__ day of __Feb._____, 2006.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X__ Dktd_____
____ CtRmDep____
____ Doc. No____